# Court of Appeals
# of the State of Georgia

ATLANTA, March 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1276. KENNETH S. COOPER v. ATLANTIC MANAGEMENT SERVICES, LLC.**

Atlantic Management Services, LLC ("Atlantic") filed suit against Kenneth S. Cooper to enforce a real estate agreement and to recover for alleged fraud. When Cooper failed to answer, the trial court entered default judgment in favor of Atlantic, but reserved the issue of damages. Cooper moved to set aside the default judgment under OCGA § 9-11-60 (d), and the trial court denied the motion. Cooper then filed this direct appeal. We, however, lack jurisdiction.

Ordinarily, an appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) requires compliance with the discretionary appeal statute. See OCGA § 5-6-35 (a) (8). Here, however, the motion to set aside was filed after the entry of default judgment as to liability. And a default judgment as to liability only is not a final judgment. See *Cryomedics, Inc. v. Smith*, 180 Ga. App. 336, 337-338 (349 SE2d 223) (1986). This case thus remains pending before the trial court, and Cooper was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989) (an application for interlocutory review is required to appeal a trial court order entered in a case that remains pending before the trial court).

Cooper's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __03/14/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*